| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Aaron Bajema, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-10-2083 |
| | § | |
| Asset Acceptance, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

On the plaintiff's notice, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on August 16, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge